# COURT OF ERRORS AND APPEALS.

## OCTOBER TERM, 1848.

---

### THE BRIDGEWATER COPPER MINING COMPANY, APPEL-
### LANTS, AND GOOLD HOYT, RESPONDENT.

1. A bond and mortgage given in fulfillment of a prior written agreement for the sale and purchase of property, at a price stipulated, to be paid in a stipulated manner, with interest, the interest to be paid half yearly, in advance—*held* not to be usurious.

2. A new bond and mortgage were substituted for the first, dispensing with the payment of interest in advance. *Semble*, that if the first could be held usurious, the contract might, by subsequent agreement of the parties, be freed from the vice.

3. Acts of a subsequent board of directors of a corporation, which were held to be a recognition and sanction of a mortgage given by a former board.

---

This case is reported *ante p.* 253.

*P. D. Vroom*, for the appellants.

*B. Williamson*, for the respondent.

The decree of the Chancellor was unanimously affirmed.

Decree affirmed.